McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CAROLYN B. CHEN, CSBN 256628
Special Assistant United States Attorney
  160 Spear Street, Suite 800
  San Francisco, California 94105
  Telephone: (415) 977-8956
  Facsimile: (415) 744-0134
  E-Mail: Carolyn.Chen@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| SONYA TICHENOR,<br><br>   Plaintiff,<br><br> vs.<br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>   Defendant. | No. 2:19-cv-02366-DB<br><br>STIPULATION AND ORDER TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT |

  IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

  On remand, the Appeals Council will assign this case to an administrative law judge (ALJ) for a new decision. The Appeals Council will instruct the ALJ to evaluate record evidence in accordance with the Commissioner's regulations, including 20 C.F.R. § 416.920c. It will also instruct the ALJ to take further action, as warranted, to complete the administrative record.

  The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

1                                                 Respectfully submitted,

2   Date: August 6, 2020                     PENA & BROMBERG, ATTORNEYS AT LAW

3

4                                                 */s/ Jonathan O. Pena* *by C.Chen\**
                                                (As authorized by email on 8/5/2020)

5                                                 JONATHAN O. PENA
                                                Attorneys for Plaintiff

6

7   Date: August 6, 2020                     McGREGOR W. SCOTT
                                                United States Attorney

8

9                                                 By *s/ Carolyn B. Chen*
                                                CAROLYN B. CHEN

10                                               Special Assistant U. S. Attorney

11                                               Attorneys for Defendant

12

13

14                                                     ORDER

15        Pursuant to the parties' stipulation, IT IS SO ORDERED. The Clerk of the Court shall

16 enter judgment in favor of plaintiff and this action is closed.

17 DATED: August 25, 2020                     /s/ DEBORAH BARNES
                                                   UNITED STATES MAGISTRATE JUDGE

18